Paul Lukanich, Appellee, v. Joliet Yellow Cab Company of Joliet, Illinois, an Illinois Corporation, and Ralph A. Gasper, Appellants.

Gen. No. 11,595.

Second District, First Division.

May 4, 1962.

Gray, Thomas, Wallace & O'Brien, of Joliet, for appellants; Charles E. Anesi, of Chicago, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.